No. 561. WILLIAMS *v.* HUGHES TOOL Co. C. A. 10th Cir. Certiorari denied. *Charles M. McKnight* and *Robert F. Davis* for petitioner. *George I. Haight* and

*Robert F. Campbell* for respondent. *Solicitor General Perlman* filed a memorandum for the United States, as *amicus curiae,* supporting the petition.

